ALEXANDER B. CVITAN (CSB 81746), and
J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
email: jds@rac-law.com

JS-6

Attorneys for Defendant SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.C. CONSTRUCTION, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS, etc.; DOES 1 through 50, Inclusive<br><br>Defendant. | Case No. CV-12-02480 DMG (CWx)<br><br>ORDER DISMISSING COMPLAINT WITH PREJUDICE [8] |

1  All the parties appearing in this action, E.C. CONSTRUCTION, INC. and
2  SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS, have settled
3  this dispute, as set forth in their settlement agreement, and have stipulated to dismiss
4  this action.
5  Pursuant to the Stipulation to Dismiss and the settlement by the parties, AND
6  GOOD CAUSE APPEARING, this action is hereby DISMISSED, WITH
7  PREJUDICE, each side to bear its own costs and fees.
8  IT IS SO ORDERED.

11  DATED:  May 31, 2012    _____
                            DOLLY M. GEE
                            United States District Judge